COM.

v.

RYALS, L.

767 EDA 2017

Superior Court of Pennsylvania.

09/27/2017

CP–46–CR–0001198–2009 (Montgomery)

Affirmed

V.O. REALTY CORP.,

v.

CHIN, S.

795 EDA 2017

Superior Court of Pennsylvania.

09/27/2017

2325 December Term, 2012 (Philadelphia)

Affirmed

CHIN, E.

v.

CHIN, S.

780 EDA 2017

Superior Court of Pennsylvania.

09/27/2017

No. 2455 September Term, 2012 (Philadelphia)

Affirmed

COM.

v.

CREDICO, J.

841 EDA 2017

Superior Court of Pennsylvania.

09/27/2017

Reargument Denied 12/7/2017

CP–15–CR–0001148–2011 (Chester)

Affirmed